IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 12, 2008

Charles R. Fulbruge III
Clerk

No. 07-60730

FRED COLE

Plaintiff - Appellant

V.

NOBLE DRILLING CORPORATION

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:05-CV-479

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Having reviewed the district court's order, the parties' briefs, and the record and having heard oral argument, we affirm essentially for the reasons stated in the district court's well-reasoned and comprehensive order.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.